**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 18, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00509-CV

---

## IN RE WEST CRESTMONT HOUSTON USA, L.L.C., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-64401**

---

## MEMORANDUM OPINION

On June 15, 2015, relator West Crestmont Houston USA, L.L.C. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris County, to set aside her May 5, 2015 contempt and enforcement order.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.